IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY BROWN,

      Petitioner,                  No. CIV-06-2455 ALA HC

      vs.

ROSEANNE CAMPBELL,

      Respondent.               <u>ORDER</u>

_____/

      The parties are directed to file, on or before December 31, 2007, simultaneous briefs consisting of no more than 7 pages, discussing the following issues:

      (1) What is the applicability, if any, of *Irons v. Carey,* 479 F.3d 658 (9th Cir. 2007) to the question whether Petitioner is entitled to habeas relief on his claim that denial of his parole application violated due process?

      (2) Is a District Court required to grant habeas relief on the basis of the law of the Ninth Circuit when that law does not represent "clearly established Federal law, as determined by the Supreme Court of the United States," 28 U.S.C. § 2254(d)(1)?

/////

DATED: December 18, 2007

                                        <u>/s/ Arthur L. Alarcón</u>
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1