IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY BROWN,

    Petitioner,                        No. 2:06-cv-02455 ALA (HC)

    vs.

MICHAEL MARTEL, Warden,

    Respondent.                       ORDER

_____/

    Petitioner Terry Brown, a state prisoner proceeding pro se, has timely filed a notice of appeal of this Court's July 2, 2008 order denying his application for a writ of habeas corpus. He has also requested a Certificate of Appealability.

    When an application for federal habeas corpus challenges "the Board of Prison Terms' administrative decision to deny [a] request for parole," but not "the State court judgment or sentence derived therefrom," the challenged decision relates to the execution of a petitioner's sentence. *Rosas v. Nielsen*, 428 F.3d 1229, 1231 (9th Cir. 2005). Consequently, a petitioner challenging a parole denial need not secure a certificate of appealability to appeal a district court's denial of his habeas petition because the petitioner is not challenging a detention arising out of "process issued by a State court." 28 U.S.C. § 2253(c)(1)(A).

    In *Rosas*, "[t]he target of the first ground [of the] petition [was] not the State court judgment or sentence derived therefrom, but the Board of Prison Terms' administrative decision

1  to deny his request for parole." 428 F.3d at 1232.  Here, Petitioner targets the Governor's
2  administrative decision to overturn the Board of Prison Terms' decision to grant him parole.  As
3  in *Rosas*, the challenged decision relates to the execution of Petitioner's sentence, and no
4  certificate of appealability is required.
5      The Clerk of the Court is DIRECTED to refer the appeal to the Ninth Circuit.
6  /////
7  DATED: July 22, 2008

8                    /s/ Arthur L. Alarcón
                     UNITED STATES CIRCUIT JUDGE
9                    Sitting by Designation