IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY BROWN,

    Petitioner,               No. 2:06-cv-02455 ALA (HC)

    vs.

MICHAEL MARTEL, Warden,

    Respondent.           <u>ORDER</u>

_____/

        Pending before the Court is Terry Brown's ("Petitioner") Motion for Reconsideration the Court's order dismissing his petition for writ of habeas corpus (doc 18).

        "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993).

        Petitioner has failed to allege any grounds that would warrant reconsideration of this Court's decision denying Petitioner's application for writ of habeas corpus.

/////

/////

/////

1

1     Therefore, it is hereby ORDERED that Petitioner's Motion for Reconsideration (doc. 18)

2 is DENIED.

3 /////

4 DATED: July 22, 2008

5                                    /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE

6                                    Sitting by Designation